| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Velmo USA, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  27-0787432

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1807 Button Court<br>La Grange, KY 40031 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Oldham | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Velmo USA, LLC**                                              Case number (*if known*) _____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **James B. Law** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Western District of Kentucky** | When **8/07/19** | Case number, if known **19-32508** |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Velmo USA, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district*?**　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
　　Contact name _____
　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Velmo USA, LLC**
     Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 6, 2019**
                MM / DD / YYYY

**X /s/ J. Bradley Law**
Signature of authorized representative of debtor

**J. Bradley Law**
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Charity S. Bird**
Signature of attorney for debtor

Date **August 6, 2019**
    MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **(502) 540-8285**    Email address **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Velmo USA, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **APEX Funding**<br>**PO Box 180**<br>**Brooklyn, NY 11218** | | **Short-term MCA** | **Disputed** | | | **$70,652.00** |
| **BBF**<br>**3301 N. University Drive**<br>**Suite 300**<br>**Coral Springs, FL 33065** | | **Short-term MCA** | **Disputed** | | | **$189,300.98** |
| **BFC**<br>**21 W End Ave**<br>**New York, NY 10023** | | **Short-term MCA** | **Disputed** | | | **$538,391.10** |
| **Dongguan Taigong Hardware Co., Ltd**<br>**No.71, Nanan Industrial Area**<br>**Fenggang Town,**<br>**Dongguan**<br>**CHINA** | | **Supplier** | | | | **$122,714.77** |
| **Dongni Deng**<br>**Newcity Square,**<br>**Zhangmutou Town**<br>**Dongguan City,**<br>**Guangdong**<br>**CHINA** | | **Contract Labor** | | | | **$18,490.37** |
| **Duhee Alloy Steel Processors**<br>**G - 1312 Lodhika GIDC, Kishan Gate**<br>**Kalawad Road**<br>**Metoda, Rajkot - 360 021**<br>**INDIA** | | **Supplier** | | | | **$717,873.95** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Velmo USA, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eclipse Bank Attn: Andrew Pyles, President 3827 Shelbyville Road Louisville, KY 40207** | | **All inventory and accounts** | | $484,954.74 | $0.00 | $484,954.74 |
| **EMO Trans, Inc. 2322 Grand Avenue Baldwin, NY 11510** | | **Freight** | | | | $576,215.88 |
| **Fast Advance Funding #1 20 N 3rd Street Philadelphia, PA 19106** | | **Short-term MCA** | **Disputed** | | | $574,340.37 |
| **Fast Advance Funding #2 20 N 3rd Street Philadelphia, PA 19106** | | **Short-term MCA** | **Disputed** | | | $198,815.00 |
| **Guangzhou Zhen Metal Product Co. 11/F Kwen Chart Tower 6 Tonnochy Road WA CHINA** | | **Supplier** | | | | $177,932.11 |
| **Handan Baote Foundry Co. Ltd. Xlaozhal Town Jlze County Hebei Province, China 05735 CHINA** | | **Supplier** | | | | $213,172.12 |
| **Kash Capital 475 Northern Blvd Suite 36 Great Neck, NY 11021** | | **Short-term MCA** | **Disputed** | $210,795.00 | $0.00 | $210,795.00 |
| **Livingston International 150 Pierce Road Itasca, IL 60143** | | **Freight** | | | | $57,968.03 |
| **OnDeck 1400 Broadway New York, NY 10018** | | **Short-term MCA** | **Disputed** | $135,537.18 | $0.00 | $135,537.18 |
| **PNC Bank Credit Card 6518 W Highway 146 Crestwood, KY 40014** | | **Credit Card** | | | | $25,081.70 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor  **Velmo USA, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Qingdao Good Fortune** **Room 703, building B, No. 2 Minjiang Roa** **Qindao** **CHINA** | | **Supplier** | | | | $170,015.96 |
| **Source International** **2201 River Road** **Louisville, KY 40206** | | **Supplier** | | | | $28,191.14 |
| **Wells Fargo** **6004 Brownsboro Park Blvd** **Louisville, KY 40245** | | **Equipment - Forklift** | | | | $14,145.48 |
| **Zhongshan Yongfa Metal Products Co.** **No. 19 Lengfeng Road** **Haglan Town** **Zhongshan City, Guangdong** **CHINA** | | **Supplier** | | | | $262,678.49 |

American Express
PO Box 650448
Dallas, TX 75265

Amerifactors Financial Group
215 Celebration Place
Suite 340
Kissimmee, FL 34747

Andy Wang
Room 8005, building 6, AUX plaza, No. 37
Qindao
CHINA

APEX Funding
PO Box 180
Brooklyn, NY 11218

ARGI Financial Group
2210 High Wickham Place
Louisville, KY 40245

Bart Law
8711 Featherbell Blvd
Prospect, KY 40059

BBF
3301 N. University Drive
Suite 300
Coral Springs, FL 33065

BFC
21 W End Ave
New York, NY 10023

Bill Weber
735 Sugarbush Drive
Zionsville, IN 46066

Brad Law
6502 Arbor Ridge Drive
Crestwood, KY 40014

Brown Equipment
PO Box 32214
Charlotte, NC 28232

Business Fund Source
461 Van Brunt Street
Brooklyn, NY 11231

Calibration Technologies
4157 Park Boulevard
Louisville, KY 40209

```
Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Corvus Janitorial Systems of Louisville
11900 Plantside Drive
Louisville, KY 40299

CT Corporation System, as Representative
330 N Brand Blvd
Suite 700
Attn: SPRS
Glendale, CA 91203

Dongguan Taigong Hardware Co., Ltd
No.71, Nanan Industrial Area
Fenggang Town, Dongguan
CHINA

Dongni Deng
Newcity Square, Zhangmutou Town
Dongguan City, Guangdong
CHINA

Duhee Alloy Steel Processors
G - 1312 Lodhika GIDC, Kishan Gate
Kalawad Road
Metoda, Rajkot - 360 021
INDIA

Eclipse Bank
Attn: Andrew Pyles, President
3827 Shelbyville Road
Louisville, KY 40207

EKD Montage & Service
Niederhohndorfer Str. 3
08058 Zwickau
GERMANY

EMO Trans, Inc.
2322 Grand Avenue
Baldwin, NY 11510

Excel Micro, LLC
PO Box 9515
New York, NY 10087

Fast Advance Funding #1
20 N 3rd Street
Philadelphia, PA 19106

Fast Advance Funding #2
20 N 3rd Street
Philadelphia, PA 19106
```

```
First Corporate Solutions Inc.
914 S Street
Sacramento, CA 95811

Fuzhou Telford Industry Co. Ltd.
Liren Industrial Area Hangcheng Street
Changle
CHINA

Gateway Trade Funding Co 2 LLC
600 Central Avenue #212
Highland Park, IL 60035

Guangzhou Zhen Metal Product Co.
11/F Kwen Chart Tower
6 Tonnochy Road
WA
CHINA

Gulab Modha
64 Mediterranean Crescent
Bramptom, ON L6Y0T3
CANADA

Gulf Coast Bank and Trust Company
215 Celebration Place
Suite 340
Kissimmee, FL 34747

Handan Baote Foundry Co. Ltd.
Xlaozhal Town
Jlze County
Hebei Province, China 05735
CHINA

Hayden Grant PLLC
214 S 8th St Suite 301
Louisville, KY 40202

High Canyon Land Corp
18 Mallory Drive
Jackson, TN 38305

James B. Law
6502 Arbor Ridge Dr
Crestwood, KY 40014

Jim Miles
12077 Gandy Blvd, Unit 364
Saint Petersburg, FL 33703

Julie Law
6502 Arbor Ridge Drive
Crestwood, KY 40014
```

```
Kash Capital
475 Northern Blvd
Suite 36
Great Neck, NY 11021

KU Energy
PO Box 9001954
Louisville, KY 40290

Laboratory Testing Inc.
2331 Topaz Drive
Hatfield, PA 19440

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Livingston International
150 Pierce Road
Itasca, IL 60143

Louisville Gas & Electric
PO Box 9001960
Louisville, KY 40290

Masterpath Technology
PO Box 82
Crestwood, KY 40014

Milos Consulting - Mary Jane Miller
1404 Franklin Street
Jasper, IN 47546

Oldham County Water District
PO Box 51
Buckner, KY 40010

OnDeck
1400 Broadway
New York, NY 10018

Panther Global Forwarding
PO Box 10048
Fort Smith, AR 72917

PNC Bank Credit Card
6518 W Highway 146
Crestwood, KY 40014

Qindao Unimach Co. Ltd
Lijiacao Industrial Park
Xiazhauang Street
Chengyang
CHINA
```

```
Qingdao Good Fortune
Room 703, building B, No. 2 Minjiang Roa
Qindao
CHINA

Randstad Outsourcing
3625 Cumberland Blvd SE
Atlanta, GA 30339

Republic Serivces
PO Box 9001099
Louisville, KY 40290

Rick Barnette
324 Irvine Lane
Franklin, TN 37064

Secured Lender Solutions
P.O. Box 2576
Springfield, IL 62708

Source International
2201 River Road
Louisville, KY 40206

Speedmark
510 Plaza Drive
Atlanta, GA 30349

SPG Advance LLC
1221 McDonald Avenue
Brooklyn, NY 11230

Tianjin Henghong Xinde Machining Co. LLC
55 Water Street
New York, NY 10004

Tim Babcock
1807 Button Court
La Grange, KY 40031

Timothy James Babcock
1807 Button Ct
La Grange, KY 40031

Todd Law
PO Box 173
Somerset, IN 46984

USF Holland Inc.
700 S Waverly Road
Holland, MI 49422
```

```
Weifang Delong Precision Casting Factory
39# Road 8, Fangzi
Weifang
CHINA

Wells Fargo
6004 Brownsboro Park Blvd
Louisville, KY 40245

Wells Fargo Equipment Finance
Manufacturer Services Group
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

Xiamen DAV Technologies Co.
13-A,No.303 Jiahe Road, Siming
Xiamen, China 361009
CHINA

Zhongshan Yongfa Metal Products Co.
No. 19 Lengfeng Road
Haglan Town
Zhongshan City, Guangdong
CHINA
```

# United States Bankruptcy Court
## Western District of Kentucky

In re: **Velmo USA, LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Velmo USA, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brown Equipment Leasing Co.**
**5930 Northwoods Business Pkwy**
**Charlotte, NC 28269**

☐ None [*Check if applicable*]

**August 6, 2019**
Date

**/s/ Charity S. Bird**
**Charity S. Bird**
Signature of Attorney or Litigant
Counsel for **Velmo USA, LLC**
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**