WRITTEN CONSENT OF A MAJORITY OF
THE COMMON UNITHOLDERS OF VELMO
USA, LLC IN LIEU OF SPECIAL MEETING

The undersigned Common Unitholders of Velmo USA, LLC, a limited liability company organized under the laws of the Commonwealth of Kentucky (the "Company") hereby adopt the actions to be taken by the Company as described herein, and waive notice of any meeting with respect thereto as required by law or the Company's Operating Agreement, as amended and restated from time to time.

WHEREAS, the Chief Executive Officer and President of the Company, J. Bradley Law, informed the Common Unitholders that the Company is unable to pay the Company's debts as they become due.

NOW THEREFORE,

**BE IT RESOLVED** that J. Bradley Law, as Chief Executive Officer and President, is authorized and directed to execute and deliver all documents necessary to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code on behalf of the Company; and

**BE IT FURTHER RESOLVED** that J. Bradley Law, as Chief Executive Officer and President, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings commenced pursuant to or related to this Written Consent, and to otherwise perform all acts and deeds, and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, provided, however, that Mr. Law may delegate such responsibilities to be exercised by another individual; and

**BE IT FURTHER RESOLVED** that the Company is authorized and directed to engage and employ the law firm of Kaplan Johnson Abate & Bird, LLP to represent the Company in its bankruptcy case.

Dated this 2nd day of August 2019.

| Common Unitholder | Percentage of Common Units Owned |
|---|---|
| _/s/ J. Bradley Law_<br>J. Bradley Law | 42.5% |
| _/s/ Timothy J. Babcock_<br>Timothy J. Babcock | 34.5% |